York City, Stone, Pigman, Walther, Wittmann & Hutchinson, New Orleans, La., for appellees.

Chaffe, McCall, Phillips, Burke, Toler & Hopkins, New Orleans, La., Phillips, Nizer, Benjamin, Krim & Ballon, New York City, for appellee National Screen Service Corporation.

Before JOHN R. BROWN, Chief Judge, GODBOLD, Circuit Judge and CABOT, District Judge.

memorandum opposing such disposition. He has not done so. Nonetheless, examination of the file and record prompts the conclusion that the single question presented is so unsubstantial as not to warrant further argument. Accordingly, the judgment of the district court is affirmed for the reasons stated in its Order (D.Colo.1970).

UNITED STATES of America, Plaintiff and Appellee,

v.

Larry James TAYLOR, Appellant.

No. 25100.

United States Court of Appeals, Ninth Circuit.

June 4, 1970.

John P. JENKINS, Appellant,

v.

Wayne K. PATTERSON, Warden, Colorado State Penitentiary, Appellee.

No. 172–70.

United States Court of Appeals, Tenth Circuit.

June 10, 1970.

Before LEWIS, Chief Judge, and PICKETT and HICKEY, Circuit Judges.

PER CURIAM.

Jenkins was notified that this court was considering summary affirmance, and afforded an opportunity to file a

Gene Phillippo, Tucson, Ariz., for appellant.

Richard K. Burke, U. S. Atty., Wm. C. Smitherman, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and PREGERSON, District Judge.

PER CURIAM:

Appellant presents issues on appeal which were not presented to the trial court.

The case is remanded to the district court with the suggestion that Taylor be permitted to move for reconsideration of the order revoking probation.

It is possible that the stenographic record of the original sentencing proceeding and any initial written instructions by the probation officer to Taylor may be pertinent.